UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI JUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GOLDCO DIRECT LLC, a Delaware limited liability company,<br><br>Defendant | Case No.: 2:19-cv-06798-PSG-PLA<br><br><u>CLASS ACTION</u><br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

    Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: January 23, 2020

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE