STEPHEN G. LARSON (SBN 145225)
*slarson@larsonllp.com*
PAUL A. RIGALI (SBN 262948)
*prigali@larsonllp.com*
DANIEL R. LAHANA (SBN 305664)
*dlahana@larsonllp.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel:   (213) 436-4880
Fax:   (213) 623-2000

Attorneys for Defendant,
GOLDCO DIRECT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI JUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GOLDCO DIRECT LLC, a Delaware limited liability company,<br><br>Defendants | Case No.: 2:19-cv-06798-PSG-PLA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed:  August 6, 2019<br>Trial Date: November 17, 2020 |

NOTICE OF SETTLEMENT

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement of the above-entitled action, and will file a Motion for Preliminary Approval of Settlement upon completion of a long-form settlement agreement.

Dated: October 16, 2020                               LARSON O'BRIEN LLP

By: /s/ *Paul A. Rigali*
STEPHEN G. LARSON
PAUL A. RIGALI
DANIEL R. LAHANA

Attorneys for Defendant
GOLDCO DIRECT, LLC