# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JODI JUDSON**, individually and on behalf of all others similarly situated,

  *Plaintiff,*

v.

**GOLDCO DIRECT, LLC**, a Delaware limited liability company,

  *Defendant.*

Case No. 2:19-cv-06798-PSG-PLA

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and Chief Innovation Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2. I have been responsible in whole or in part for the design and implementation of hundreds of court-approved notice and administration programs, including some of the largest and most complex notice plans in recent history. I have taught numerous accredited Continuing Legal Education courses on the Ethics of Legal Notification in Class Action Settlements, using Digital Media in Due Process Notice Programs, as well as Claims Administration, generally. I am the author of multiple articles on Class Action Notice, Claims Administration, and Notice Design in publications such as Bloomberg, BNA Class Action Litigation Report, Law360, the ABA Class Action and Derivative Section Newsletter, and I am a frequent speaker on notice issues at conferences throughout the United States and internationally.

3. I was certified as a professional in digital media sales by the Interactive Advertising Bureau ("IAB") and I am co-author of the Digital Media section of Duke Law's *Guidelines and Best Practices—Implementing 2018 Amendments to Rule 23* and the soon to be published George Washington Law School Best Practices Guide to Class Action Litigation.

4.      I have given public comment and written guidance to the Judicial Conference Committee on Rules of Practice and Procedure on the role of direct mail, email, broadcast media, digital media and print publication, in effecting Due Process notice, and I have met with representatives of the Federal Judicial Center to discuss the 2018 amendments to Rule 23 and offered an educational curriculum for the judiciary concerning notice procedures.

5.      Prior to joining Angeion's executive team, I was employed as Director of Class Action services at Kurtzman Carson Consultants, an experienced notice and settlement administrator. Prior to my notice and claims administration experience, I was employed in private law practice.

6.      My notice work comprises a wide range of class actions that include product defect, data breach, mass disasters, false advertising, employment discrimination, antitrust, tobacco, banking, firearm, insurance, and bankruptcy cases. I have been at the forefront of infusing digital media, as well as big data and advanced targeting, into class action notice programs.

7.      Angeion is an experienced class action notice and claims administration company formed by a team of executives that have had extensive tenures at five other nationally recognized claims administration companies. Collectively, the management team at Angeion has overseen more than 2,000 class action settlements and distributed over $15 billion to class members. The executive profiles as well as the company overview are available at www.angeiongroup.com/our_team.htm.

8.      As a class action administrator, Angeion has regularly been approved by both federal and state courts throughout the United States and abroad to provide notice of settlement and claims processing services.

9.      The purpose of this declaration is to provide the Parties and the Court with a summary of the dissemination of the Class Notice Program.

10.     Angeion was retained by the parties and appointed by this Court pursuant to this Court's Order Preliminarily Approving Class Action Settlement and Certifying the Settlement Class (the "Preliminary Approval Order"), dated December 30, 2020, to serve as the Administrator in connection with the administration of the above captioned litigation. In that role, among other tasks, Angeion is responsible for (1) sending CAFA Notice; (2) implementation and effectuation of the Notice Plan; (3) processing Claim Forms; (4) receiving and maintaining any requests for exclusion

and/or objections to the Settlement; (5) administering Claim Settlement Payments; and (6) performing other duties pursuant to the Preliminary Approval Order and the Class Action Settlement Agreement (the "Settlement Agreement").

### Notice Pursuant to the Class Action Fairness Act ("CAFA")

11.     On December 3, 2020, pursuant to 28 U.S.C. §1715, Angeion, on behalf of the Defendant, caused the CAFA Notice to be sent to the Attorneys General of all U.S. States and Territories as well as the Attorney General of the United States (the "CAFA Notice"). A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

### Settlement Class List

12.     On around November 30, 2020, Angeion received an electronic list that included 13,060 records with class member identifying information (the "Class List"). Angeion performed a reverse look-up using the telephone numbers provided to acquire mailing addresses for any class members on the Class List for which there was no address information, and Defendant's counsel provided a second electronic list that included address information for 59 class members for which there were no addresses in the Class List. This resulted in the identification of addresses for 12,589 of the 13,060 class members on the Class List.

### Dissemination of the Class Notice via Postal Mail

13.     On January 29, 2021, Angeion initiated the mailed notice program resulting in the dissemination of 12,589 Summary Notices with the Claim Form (collectively the "Direct Notice") with a Business Reply Mail via the United States Postal Service (the "USPS") first-class mail, postage pre-paid to the postal addresses associated with class members on the Class List. A true and accurate copy of the Direct Notice is attached hereto as **Exhibit B**.

14.     Prior to mailing, Angeion ran each address through the USPS's National Change of Address database ("NCOA"), which provides updated addresses for all individuals who have moved during the previous four years and filed a change of address form with the USPS.

15.     As of April 28, 2021, Angeion received a total of 2,221 Direct Notices returned by the USPS without forwarding information. Angeion conducted address verification searches (i.e., "skip traces") in an attempt to locate updated addresses. Angeion identified 638 updated addresses, to

1  which Direct Notices were promptly re-mailed.

2  16. As a result, mailed Direct Notice has reached approximately 84.3% of class members on the
3  Class List.

### Settlement Website

5  17. On January 29, 2021 Angeion established the following website devoted to this Settlement:
6  www.GoldCoDirectTCPAsettlement.com. The Settlement Website allowed Class Members to
7  obtain basic information about the Settlement and to access the Settlement Agreement and other
8  documents related to the Settlement, including the Long Form Notice. Class members were also
9  allowed to submit their claims online via the online claim portal on the Settlement Website. The
10 Settlement Website also contains a "Contact Us" page whereby Class Members can contact
11 Angeion by sending an email to a dedicated email address established for this Settlement:
12 info@GoldCoDirectTCPASettlement.com.

13 18. As of April 28, 2021, the Settlement Website has had 3,211 pageviews and 1,840 sessions.
14 Angeion has also received 126 emails to which it has responded, the majority of which 94 sought
15 assistance with filing claims.

### Toll-Free Number

17 19. On January 29, 2021, Angeion established the following toll-free hotline dedicated to this
18 Settlement: 1-844-402-4077. The toll-free number utilizes an interactive voice response ("IVR")
19 system to provide Class Members with responses to frequently asked questions and inform Class
20 Members of important dates and deadlines pertaining to the Settlement. Settlement Class Members
21 can also leave a message requesting Settlement related documents. The toll-free hotline is
22 accessible 24 hours a day, 7 days a week.

23 20. As of April 28, 20201, the toll-free hotline has received 193 calls, totaling approximately
24 1048 minutes and 50 voicemails. Angeion has responded to each of the voicemails, the majority
25 of which sought assistance with filing claims.

### Targeted Social Media

27 21. On January 29, 2021, Angeion caused a custom social media campaign to commence via
28 Facebook by posting advertisements ("Facebook Ads"), directed to accounts associated with the

phone numbers on the Class List. The Facebook Ads ran for a 30-day period, which concluded on February 28, 2021. The Facebook Ads provided a direct link to Settlement Website: www.GoldCoDirectTCPAsettlement.com. The Facebook Ads had a reach of approximately 10,892 resulting in 943 clicks during the 30-day period. A true and accurate copy of an example of the Facebook Ads is attached as **Exhibit C**.

### Claims

22.    The deadline for Settlement Class Members to submit a Claim Form was March 30, 2021. As of April 28, 2021, Angeion has received 1045 Claim Forms. 21 of these claim forms were postmarked after March 30, 2021.

### Exclusions

23.    The deadline for Settlement Class Members to request exclusion from the Settlement was March 30, 2021. As of April 28, 2021, Angeion has not received any requests for exclusion from the Settlement.

### Objections

24.    The deadline for Settlement Class Members to object to the Settlement was March 30, 2021. As of April 28, 2021, Angeion has not received or been made aware of any objections to the Settlement.

### Conclusion

25.    In my professional opinion, the Notice Program described herein met the requirements of Rule 23 and due process requirements as the best notice practicable under the circumstances, utilized virtually every available Class Member phone number to provide notice and incorporated best practices to alert and engage the participation of the class members in the proposed Settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of April 2021 in Parkland, Florida.

_____
Steven Weisbrot

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

December 3, 2020

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*Judson v. Goldco Direct, LLC*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

**Case Name:** Judson v. Goldco Direct, LLC
**Index Number:** 2:19-cv-06798-PSG-PLA
**Jurisdiction:** United States District Court, Central District of California
**Date Settlement Filed with Court:** November 23, 2020

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** *Class Action Complaint* filed with the Court on August 6, 2019.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** A hearing has been requested for January 4, 2021 or as soon thereafter as the matter may be heard.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The *Notice* and *Summary Notice* filed with the Court on November 23, 2020.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Class Action Settlement Agreement* filed with the Court on November 23, 2020. Also included on the enclosed CD-ROM is the *Plaintiff's Notice of Motion, Unopposed Motion for Preliminary Approval of Class Action Settlement, and Incorporated Memorandum of Law*, and the *Declaration of Avi R. Kaufman In Support Of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement*, filed with the Court on November 23, 2020.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the *Class Action Settlement Agreement*, no other settlements or agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 13,060 Class Members located throughout the United States. The estimated proportional share of the Settlement benefits is included on the enclosed CD-ROM. The estimate assumes all Class Members file a claim however actual awards are contingent on the Class Member submission of a claim form.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. The *Proposed Preliminary Approval Order* filed with the Court on November 23, 2020 is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# Exhibit B

<u>UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA</u>

**If You Received a Text Message from or on behalf of Goldco,
You May be Entitled to a Payment from a Class Action Settlement.**

*A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

A Settlement has been reached in a class action lawsuit about whether Goldco Direct, LLC violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") by sending text messages using an automatic telephone dialing system and/or to telephone numbers listed on the National Do Not Call Registry. Goldco denies the allegations in the lawsuit and the Court has not decided who is right.

**Who's Included?** You received this notice because Goldco's records show that you may be a Settlement Class member. The Settlement Class includes all persons within the United States who are identified and (a) received text messages sent by or on behalf of Goldco with the following content: (i) "URGENT Your retirement savings is at risk from $9 TRILLION ponzi scheme.  Learn how to protect yourself today.  Call Now: 855-957-2233 Text STOP 2 stop," (ii) "$9 TRILLION ponzi scheme going after retirement accounts.  Call to find out if your retirement savings is at risk! Call Now: 855-957-2233 Text STOP 2 stop," and (iii) "US/China tariff war could bankrupt your retirement savings. Find out if you're at risk! Call Now: 855-957-2233 Text STOP 2 stop"; (b) on their cellular telephone numbers; (c) that were registered on the National Do Not Call Registry more than 30 days before receiving any of the text messages; (d) between August 6, 2015 and November 13, 2020.

**What are the Settlement Terms?** Goldco has agreed to fund a Settlement Fund totaling $1,500,000.  The Settlement Fund will be used to pay all settlement costs, including settlement administration costs, any attorneys' fees, costs, and expenses awarded to Class Counsel by the Court, any service award awarded to the Class Representative by the Court, and all Approved Claims.  Members of the Settlement Class who submit Approved Claims shall receive a pro rata share of the Settlement Fund minus a pro rata share of Settlement Costs. Although the exact amount of each claimant's share of the Settlement Fund is unknown at this time, the parties expect each claimant's share will be between $400 and $600. Only Approved Claims will be paid.  Only one claim per telephone number will be validated and deemed an Approved Claim.

**How can I get a Payment?** By completing the Claim Form attached to this notice and submitting it by U.S. mail to the Settlement Administrator at the address on the Claim Form.  You may also download or file a Claim Form online at www.GoldCoDirectTCPAsettlement.com or by email to info@GoldCoDirectTCPAsettlement.com.  If you send in a Claim Form by regular mail, it must be postmarked on or before **March 30, 2021**. The deadline to file a Claim Form online or by email is **11:59 p.m. PST on March 30, 2021**.

**What are my Other Options?** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 30, 2021** by sending the Settlement Administrator a letter that complies with the procedure set forth in the Settlement and paragraph 11 of the Long Form Notice, available at the settlement website. If you do not exclude yourself, you can share in the Settlement Fund by completing and submitting a Claim Form, and you will release any claims you may have, as more fully described in the Settlement Agreement, available at the Settlement Website. Even though you submit a Claim Form, you may object to the Settlement by **March 30, 2021** by complying with the objection procedures detailed in the Settlement. The Court will hold a Final Approval Hearing on **June 7, 2021** to consider whether to approve the Settlement and a request for attorneys' fees not to exceed one third of the Settlement Fund and reimbursement of expenses, and a request for a service award of $5,000 to the Class Representative.  You may appear at the hearing, either yourself or through an attorney hired by you, but you do not have to. For more information, call the Settlement Administrator or visit the Settlement Website.

www.GoldCoDirectTCPAsettlement.com                                                                                                    844-402-4077

# CLAIM FORM

| Section I - Instructions |
|---|

This Form must be received by the Settlement Administrator no later than March 30, 2021.
This Claim Form may be submitted in one of three ways:

1. Electronically through www.GoldCoDirectTCPAsettlement.com.
2. Via email to info@GoldCoDirectTCPAsettlement.com. Please fill out the enclosed pages, scan the document in its entirety, and include the form as an attachment.
3. Mail to: Returning this claim form to the address that is pre-populated on the return envelope.

To be effective as a Claim under the proposed settlement, this form must be completed, signed, and sent, as outlined above, **no later than March 30, 2021.** If this Form is not postmarked or received by this date, you will remain a member of the Settlement Class but will not receive any payment from the Settlement.

| Section II - Settlement Class Member Information |
|---|

Claimant Name (Required):

Claimant Identification Number (Required):

**Current Contact Information**
**Street Address (Required):**

**City (Required):**     **State (Required):**     **Zip Cod (Required)**

Email (optional):

**Preferred Phone Number:**

Your contact information will be used by the Settlement Administrator to contact you, if necessary, about your claim. Provision of your phone number is optional. By providing contact information, you agree that the Settlement Administrator may contact you about your claim.

| Section III – Confirmation of Class Membership |
|---|

Telephone Number(s) at which you received texts related to Goldco:

The telephone number identified above belonged to me during the class period:    Yes _____    No _____

| Section IV – Required Affirmations |
|---|

IF SUBMITTED ELECTRONICALLY:

☐ **I agree that, by submitting this Claim Form, the information in this Claim Form is true and correct to the best of my knowledge. I understand that my Claim Form may be subject to audit, verification, and Court review. I am aware that I can obtain a copy of the full notice and Settlement Agreement at www.GoldCoDirectTCPAsettlement.com or by writing the Settlement Administrator at the email address info@GoldCoDirectTCPAsettlement.com or the postal address 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Checking this box constitutes my electronic signature on the date of its submission.**

IF SUBMITTED BY U.S. MAIL:

**I agree that, by submitting this Claim Form, the information in this Claim Form is true and correct to the best of my knowledge. I understand that my Claim Form may be subject to audit, verification, and Court review. I am aware that I can obtain a copy of the full notice and Settlement Agreement at www.GoldCoDirectTCPAsettlement.com or by writing the Settlement Administrator at the email address info@GoldCoDirectTCPAsettlement.com or the postal address 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.**

Dated:_____    Signature: _____

SETTLEMENT ADMINISTRATOR ADDRESS (*where to send the completed form if submitting by mail*):
*Goldco Telemarketing Settlement*, c/o Angeion, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

# Exhibit C

**Angeion Group**
Sponsored

If You Received a Text Message from or on behalf of Goldco, You May be Entitled to a Payment from a Class Action Settlement.



GOLDCODIRECTTCPASETTLEME...
www.goldcodirecttcpasettlement.com

LEARN MORE

 Like   Comment   Share

 Watermark won't appear in the final ad image.
Full Size Preview



